| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) HIGGINBOTHAM, PATRICK E | 2. Court or Organization U.S. COURT OF APPEALS, FIFTH | 3. Date of Report 5/6/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. CIRCUIT JUDGE (ACTIVE) | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 1100 COMMERCE, ROOM 1302 DALLAS, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FOR AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. | BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. | ETHICS 2000 COMMISSION, MEMBER | AMERICAN BAR ASSOCIATION |
| 4. | CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 5. | INDEPENDENT EXECUTOR | TRUST #2 |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

FINANCIAL DISCLOSURE OFFICE

MAY 18 10 40 AM '05

RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | SMU (TEACHING - SPRING) | 15000.00 |
| 2. | 2004 | MATTHEW BENDER (WRITING) | 1712.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SEE ATTACHMENT | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT
## Page 1 of 3

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE   (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2.  NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 3.  BEAL BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 4.  VERIZON COMMON STOCK | A | Dividend | K | T | | | | | |
| 5.  AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 6.  GEORGIA ST RFDG SER E (MUNI BOND) | A | Interest | K | T | | | | | |
| 7.  WALTON CO GA DEV AUTH IDR WALTON MFG  O (MUNI BOND) | A | Interest | J | T | | | | | |
| 8.  FULTON CNTY GA DEV AUTH SPL FACS REV DELTA (MUNI BOND) | B | Interest | J | T | | | | | |
| 9.  CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA | B | Interest | K | T | | | | | |
| 10.  CHATHAM CNTY GA HOSP REV | A | Interest | J | T | | | | | |
| 11.  FULCO GA HSP AT RV ANTIC CTFS ST | B | Interest | K | T | | | | | |
| 12.  GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 13.  RICHMOND CNTY GA WTR-SEW REV (MUNI BOND) | B | Interest | K | T | | | | | |
| 14.  FULCO GA HOSP AT REV ANT CTFS HLTH SYS (MUNI BOND) | B | Interest | K | T | | | | | |
| 15.  FULTON CNTY GA DEV AT RV GA TECH FNDTN  (UNI B ND) | A | Interest | J | T | | | | | |
| 16.  AGL RESOURCES INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 17.  AGERE SYSTEMS INC COMMON STOCK | | None | J | T | | | | | |
| 18.  AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. BELLSOUTH CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 20. COMCAST CORP NEW CLASS A COMMON STOCK | | None | J | T | | | | | |
| 21. CINERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 22. DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 23. DUKE ENERGY CORP CONV (CORP BOND) | A | Dividend | | | SOLD | 2/24 | J | | |
| 24. EXXON MOBIL CORP COMMON STOCK | B | Dividend | L | T | | | | | |
| 25. GENERAL ELECTRIC COMMON STOCK | A | Dividend | J | T | | | | | |
| 26. LUCENT TECHNOLOGIES INC COMMON STOCK | | None | J | T | | | | | |
| 27. POST PROPERTIES INC REIT | A | IV/CAP GAI | J | T | | | | | |
| 28. VERIZON COMMUNICATIONS COMMON STOCK (X) | A | Dividend | K | T | | | | | |
| 29. MS MUN INC OPPT ST III | A | Interest | J | T | | | | | |
| 30. MS QUALITY MUN SECS (MUTUAL FUND) | A | IV/CAP GAI | J | T | | | | | |
| 31. PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | IV/CAP GAI | J | T | | | | | |
| 32. PIONEER HIGH YIELD FUND CLASS C | A | IV/CAP GAI | J | T | | | | | |
| 33. VAN KAMPEN SENIOR INCM TR | A | Dividend | J | T | | | | | |
| 34. TRUST #1 | | None | J | W | | | | | |
| 35. TRUST #2 | | None | J | W | | | | | |
| 36. DQE CA IT L O AT ON (CORP BOND) | B | Interest | | | SOLD | 10-13 | K | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 5/6/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Annual Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. AMERICAN GEN CAP 1 (CORP BOND) | B | Interest | | | SOLD | 9-8 | K | | |
| 38. RENTAL PROPERTY (PENSACOLA, FL) | D | Rent | M | R | | | | | |
| 39. ROYALTY INTEREST (TULSA, OK) | B | Royalty | J | W | | | | | |
| 40. IRA, BANK OF AMERICA | B | Interest | L | T | | | | | |
| 41. IRA, BANK OF AMERICAN (MONEY MARKET) | A | Interest | J | T | | | | | |
| 42. CHASE ACCOUNT (TRUST #1) | A | Interest | J | T | | | | | |
| 43. MERRILL LYNCH BANK U.S.A. | A | Interest | L | T | | | | | |
| 44. MERRILL LYNCH BANK & TRUST | A | Interest | L | T | | | | | |
| 45. BANC ONE CAPITAL 1 (CORP BOND) | B | Interest | | | SOLD | 11-1 | K | | |
| 46. PHOENIX GROWTH FUND (MUTUAL FUND) | A | Dividend | K | T | | | | | |
| 47. BANK ONE ACCOUNTS | A | Interest | K | T | | | | | |
| 48. DUKE ENERGY COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 49. AT&T WIRELESS COMMON STOCK (X) | | None | | | SOLD | 10-27 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $60,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $6,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $90,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date   5/13/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## SECTION IV. REIMBURSEMENTS AND GIFTS

Attachment to AO-10 – Financial Disclosure Statement

Patrick E. Higginbotham
Report Dated 5/6/2005

| SOURCE | DESCRIPTION |
|---|---|
| University of Georgia | Speaker, Athens, GA<br>March 18<br>(transportation, parking, lodging, meals)<br>(S) |
| RAND, Institute for Civil Justice Meeting | Participant – Santa Monica, CA<br>April 29-30<br>(transportation, parking, lodging, meals) |
| University of Texas and University of Siena | Sovereignty Conference Participant<br>Siena, Italy<br>May 30 – June 1<br>(transportation, parking, lodging, meals) (S) |
| ABA Annual Conference | Participant, Atlanta, GA<br>August 7<br>(transportation, lodging, meals, parking)<br>(S) |